☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:   **Karl Dee Davies**                                        Case No.
         **Sheila Darlene Davies**
Debtors:                                                            Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**   (1)  3 Boardwalk St.                    (2)  3 Boardwalk St.
                    Munford, TN 38058                        Munford, TN 38058

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $ **975.00**   ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
      ☐ **PAYROLL DEDUCTION** From: _____   OR ( X ) DIRECT PAY

   **Debtor(2)** shall pay $ **0.00**   ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☑ monthly, by:
      ☐ **PAYROLL DEDUCTION**                                OR (☑) DIRECT PAY
      From: _____

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]             ☐ YES    ☑ NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION               ☑ YES    ☐ NO
       OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].           ☐ YES    ☑ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                              Monthly Plan Payment:

**None**                Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, OR ☐ Trustee to:
                        ongoing payment begins _____                      $ _____
                        Approximate arrearage: _____

**5. PRIORITY CLAIMS:**

**Internal Revenue Service**              Amount  **2,500.00**                         $      **42.00**

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); OR ☑ Paid by Trustee to:

**Suntrust Mortgage Co. Inc.**  ongoing payment begins _____              **CURRENT**
                                Approximate arrearage: **0.00**    Interest  **0.00**  $**0.00**

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]     Value of Collateral:    Rate of Interest     Monthly Plan Payment:
**Ford Credit**                          **10.774.00**           **7.50**             $**216.00**

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER
   SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]        Value of Collateral:    Rate of Interest     Monthly Plan Payment:
**-NONE-**                               _____      _____   $ _____

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                                    Collateral:

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| -NONE- |  |  | $ |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None         ☐  Not provided for   **OR**   ☐  General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐  _____ %, OR,
☑  THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None                                                             ☐ Assumes  **OR**  ☐ Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

None

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Laura L. Sanford                                              Date July 16, 2019                .
Laura L. Sanford 19575
Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)